UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPLOC, LLC,

           Plaintiff,

-against-

RON McCORD, and FIRST MORTGAGE COMPANY, LLC,

           Defendants.

FIRST MORTGAGE COMPANY, LLC,

           Third-Party Plaintiff,

-against-

ELI GLOBAL, LLC,

           Third-Party Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/17/2020___

17 Civ. 5788 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 16, 2020, the parties jointly moved to adjourn the pretrial deadlines. ECF No. 275. The ongoing COVID-19 pandemic has necessitated substantial changes in the Court's trial schedule in order to ensure that jury trials can be conducted safely and practically. Accordingly, the trial scheduled to commence on June 8, 2020, is ADJOURNED to **January 19, 2021**.

It is further ORDERED that the deadlines set forth at ECF No. 251 are amended as follows:

The joint pretrial order is due **November 13, 2020**. The joint pretrial order and related submissions are to be sent as follows:

In accordance with Paragraph V.B of the Court's Individual Practices in Civil Cases, the parties shall submit a proposed joint pretrial order to the Court by PDF attachment to an e-mail by **November 13, 2020**.

In accordance with Paragraphs V.C and V.D of the Court's Individual Practices, each party shall file and serve along with the joint pretrial order all required pretrial filings, including motions addressing any evidentiary issues or other matters that should be resolved *in limine*, joint requests to charge, joint proposed verdict forms, and joint proposed *voir dire* questions

In accordance with Paragraph V.C(v) of the Court's Individual Practices, the parties shall deliver to the Court by **November 13, 2020**, one copy of each documentary exhibit sought to be admitted, pre-marked (i.e., labeled with exhibit stickers) and assembled sequentially in a

looseleaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.  *The parties are directed to contact chambers at Torres_NYSDChambers@nysd.uscourts.gov in advance of arranging delivery to confirm that public health conditions will permit chambers to accept such a delivery.*

In accordance with Paragraph V.F of the Court's Individual Practices, by **November 20, 2020**, the parties shall file, if necessary, any objections to another party's requests to charge or proposed *voir dire* questions, any opposition to any motion *in limine*, and any opposition to any legal argument in a pretrial memorandum.

Counsel for all parties shall appear for a final pretrial conference on **January 12, 2021**, at **1:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

Trial shall commence at **9:00 a.m.** on **January 19, 2021**.  In accordance with Paragraph V.H of the Court's Individual Practices, trial will be conducted from 9:00 a.m. to 2:15 p.m. with a break from 11:15 to 11:45 a.m. During the jury selection and jury deliberation phases, court will be in session from 9:00 a.m. to 5:00 p.m. with a break from 1:00 to 2:00 p.m.

Prior to the final pretrial conference, counsel for both parties, along with the parties themselves, shall meet in person for at least one hour to discuss settlement of this matter.

SO ORDERED.

Dated: April 17, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge