```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/14/2021___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPLOC, LLC,

           Plaintiff,

-against-

RON McCORD, and FIRST MORTGAGE COMPANY, LLC,

           Defendants.

FIRST MORTGAGE COMPANY, LLC,

           Third-Party Plaintiff,

-against-

ELI GLOBAL, LLC,

           Third-Party Defendant.

17 Civ. 5788 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The ongoing COVID-19 pandemic has necessitated substantial changes in the Court's trial schedule in order to ensure that jury trials can be conducted safely and practically. Accordingly, the trial scheduled to commence on July 19, 2021, is ADJOURNED to **June 1, 2022**.

      By **March 25, 2022**, the parties shall submit a joint letter summarizing any necessary alterations to the pretrial order, ECF No. 283, and any other matters that should be brought to the Court's attention in advance of trial in light of the revised schedule.

      Counsel for all parties shall appear for a final pre-trial conference on **May 25, 2022**, at **2:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

      In light of the long delay in advance of trial, this action is STAYED pending further order of the Court.

      SO ORDERED.

Dated: January 14, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge