```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/23/2021___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPLOC, LLC,

                Plaintiff,

-against-

RON McCORD, and FIRST MORTGAGE COMPANY, LLC,

                Defendants.

FIRST MORTGAGE COMPANY, LLC,

                Third-Party Plaintiff,

-against-

ELI GLOBAL, LLC,

                Third-Party Defendant.

17 Civ. 5788 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The ongoing COVID-19 pandemic has necessitated substantial changes in the Court's trial schedule in order to ensure that jury trials can be conducted safely and practically. Accordingly, the trial scheduled to commence on June 1, 2022, is ADJOURNED. The Court, utilizing the procedures within this District governing the scheduling of jury trials during the COVID-19 pandemic, will seek to schedule a jury trial for the third calendar quarter of 2022. By **April 15, 2022**, the parties shall submit blackout dates for trial for both the third and fourth calendar quarters of 2022.

      The final pre-trial conference set for May 25, 2022, is ADJOURNED *sine die*. The Court will schedule the final pre-trial conference upon setting a date certain for trial. By **May 15, 2022,** the parties shall submit a joint letter summarizing any necessary alterations to the pretrial order, ECF No. 283, and any other matters that should be brought to the Court's attention in advance of trial in light of the revised schedule. The stay on this matter shall remain in place in consideration of the long delay in advance of trial.

      SO ORDERED.

Dated: November 23, 2021
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge