UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __7/8/2022___
```

CAPLOC, LLC,

                Plaintiff,

-against-

RON McCORD, and FIRST MORTGAGE COMPANY, LLC,

                Defendants.

FIRST MORTGAGE COMPANY, LLC,

                Third-Party Plaintiff,

-against-

ELI GLOBAL, LLC,

                Third-Party Defendant.

17 Civ. 5788 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Trial in this matter is scheduled to begin on **April 3, 2023,** and shall proceed in-person, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Accordingly,

1. By **January 30, 2023**, the parties shall submit any motions *in limine*. Oppositions to any motions *in limine* shall be submitted by **February 6, 2023**

2. By **January 30, 2023**, the parties shall submit all required pretrial filings, including their proposed joint pre-trial order, requests to charge, verdict form, and voir dire questions in accordance with Paragraphs V.B, V.C, and V.D of the Court's Individual Practices in Civil Case. The parties shall also email copies of these submissions to Torres_NYSDChambers@nysd.uscourts.gov as Word Documents.

3. By **January 30, 2023**, the parties shall deliver to the Court one copy of each documentary exhibit sought to be admitted, pre-marked (*i.e.*, labeled with exhibit stickers) and assembled sequentially in a looseleaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference in accordance with Paragraph V.C(v) of the Court's Individual Practices in Civil Cases.

4. Counsel for all parties shall appear for a final pretrial conference on **March 29, 2023**, at **1:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

5. Prior to the final pre-trial conference, counsel for both parties, along with the parties themselves, shall meet in person for at least one hour to discuss settlement of this matter. In addition, by **December 1, 2022,** the parties shall advise if they wish to be referred to a magistrate judge for settlement purposes.

SO ORDERED.

Dated: July 8, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge