```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| CAPLOC, LLC,<br><br>      Plaintiff,<br><br>-v-<br><br>FIRST MORTGAGE COMPANY, LLC<br>and RON MCCORD, et al.,<br><br>      Defendants. | 17-cv-05788 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    This case was previously assigned to the Hon. Analisa Torres, who resolved the parties' summary judgment motions. See Dkt. 252, Order dated March 3, 2020. Thereafter, defendants moved for reconsideration of this decision, but the case was transferred to the undersigned for trial, which was eventually scheduled for March 27, 2023. Now, with trial looming, defendants ask for an adjournment on the purported ground that their motion for reconsideration has not been resolved.

    Accordingly, the Court has now carefully reviewed the motion for reconsideration, and having done so, hereby denies the defendants' motion for reasons that will be stated at the conference immediately prior to the beginning of trial. Accordingly, the defendants' motion for adjournment of the trial is also denied and the trial will proceed as previously scheduled on March 27, 2023 at 9:30 a.m.

    SO ORDERED.

New York, NY  
March 6, 2023

                                            JED S. RAKOFF, U.S.D.J.

1